**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VERONICA JUDITH CORO TIPAZ,

                            Petitioner,                    26 **CIVIL** 589 (JPO)

           -against-                                 **JUDGMENT**

HAYNES, et al.,

                           Respondents.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated January 28, 2026, the petition for a writ of habeas corpus is

GRANTED; accordingly, the case is closed.

**DATED:** New York, New York
          February 2, 2026

                                      **TAMMI M. HELLWIG**

                                      **Clerk of Court**

          **BY:**               *K. mango*

                                      **Deputy Clerk**